UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Greg Kays

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 09-00121-10-CR-W-DGK |
| vs. | Date: 2/17/2011 |
| DANNY RAY HUGHES | |

| Plaintiff Counsel | Defendant Counsel |
|---|---|
| Bruce Rhoades, AUSA | John Jenab, CJA |
| Time Commenced: 3:00 p.m. | Time Terminated: 3:30 p.m. |

---

X    There are NO objections to the P.S.I. OR the Guideline Range.

Total Offense Level: 25    Criminal History Category: VI
Imprisonment Range: 110 to 137 months    Supervised Release Range: 4 to 5 years on Count 2; 2 to 3 years on Count 13.

Special Assessment: $100.00    Restitution: Not Applicable
Fine Range: $10,000 to 2,500,000

The Defendant is sentenced to Count(s) 2 & 13.
X    Court denied government's Motion for Downward Departure (doc #247).

INCARCERATION:
X    The Court hereby orders the defendant to serve the following term of incarceration with the FBP: 135 Months on each count, terms to be served concurrently.
X    Defendant is hereby remanded to the custody of U.S. Marshal.

SUPERVISED RELEASE: 5 years on Count 2; 3 years on Count 13, concurrent.

SPECIAL CONDITIONS OF SUPERVISED RELEASE: See J & C.

FINE: Fine waived.

RESTITUTION: Not applicable.

SPECIAL ASSESSMENT: $200.00 ($100 each count), due immediately.

RECOMMENDATIONS: Upon request of the defendant the Court recommends that the defendant be designated to an institution for participation in the 500-hour residential substance abuse treatment program.

X    The denial of federal benefits, as provided in 21 U.S.C. 862 IS NOT ordered in this case.

X    Upon Motion of the U.S. Govt. The following Counts are dismissed: Count 8.

X    The Court advises the Defendant he has 14 days to appeal.

Court Reporter: Reggie McBride    CRD: J. Baldwin